UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD D. BURNS,<br><br>    Plaintiff,<br><br>v.<br><br>ROADS CORPORATION, & JOHN SARAO, JR., PRESIDENT, ROADS CORPORATION,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*   Civil Action No.<br>*   05 CV 10973 GAO<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF APPEARANCE

Please enter the appearance of Bradford J. Smith and Jennifer Merrigan Fay, both of Goodwin, Procter LLP, on behalf of the defendants, Roads Corporation and John Sarao, Jr., President, Roads Corporation.

                                  Respectfully submitted,

                                  ROADS CORPORATION, & JOHN SARAO,
                                  JR., PRESIDENT, ROADS CORPORATION,

                                  By their attorneys,

                                  _/s/ Jennifer Merrigan Fay_
                                  Robert M. Hale (BBO # 217170)
                                  Jennifer Merrigan Fay (BBO # 564309)
                                  **GOODWIN PROCTER LLP**
                                  Exchange Place
                                  Boston, MA 02109
                                  (617) 570-1000

Dated: August 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Stephen T. Fanning, the attorney of record for Richard D. Burns, 305 South Main Street, Providence, RI 02903, by mail on August 19, 2005.

_____
Jennifer Merrigan Fay

LIBB/1364586.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD D. BURNS, <br><br> Plaintiff, <br><br> v. <br><br> ROADS CORPORATION, & JOHN SARAO, JR., PRESIDENT, ROADS CORPORATION, <br><br> Defendants. | Civil Action No. <br> 05 CV 10973 GAO |

## AMENDED NOTICE OF APPEARANCE

Please enter the appearance of Bradford J. Smith and Jennifer Merrigan Fay, both of Goodwin, Procter LLP, on behalf of the defendants, Roads Corporation and John Sarao, Jr., President, Roads Corporation.

Respectfully submitted,

ROADS CORPORATION, & JOHN SARAO, JR., PRESIDENT, ROADS CORPORATION,

By their attorneys,

_____
Bradford J. Smith, Esq. (BBO No. 550325)
Jennifer Merrigan Fay (BBO # 564309)
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: August 22, 2005

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document was served upon Stephen T. Fanning, the attorney of record for Richard D. Burns, 305 South Main Street, Providence, RI 02903, by mail on August 22, 2005.

_____
Jennifer Merrigan Fay

LIBB/1366716.1

# GOODWIN | PROCTER

Jennifer Merrigan Fay
617.570.1943
jfay@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

August 22, 2005

**By Hand**

Office of the Clerk
**United States District Court**
United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Re:  **Richard D. Burns v. Roads Corporation, and John
Sarao, Jr., President, Roads Corporation
<u>Civil Action No. 05 CV 10973 GAO</u>**

Dear Sir or Madam:

Enclosed for filing in the above-referenced matter please find an Amended Notice of Appearance. Please note that Robert M. Hale, whose name appeared in the signature block of the Notice of Appearance filed on Friday August 19, 2005, is not counsel for Roads. Roads is represented by Bradford J. Smith and me.

I also enclose a signed original of the last page of Defendants' Answer. My signature did not appear on Defendant's Answer when it was first filed with the court on Friday August 19. The Answer was not due to be filed until today.

Please acknowledge receipt of this letter and its enclosure by signing and date stamping the enclosed copy of this letter and returning it to my messenger.

Very truly yours,

Jennifer Merrigan Fay
JMF:mmk
Enclosure
CC:   Stephen T. Fanning, Esq.
LIBB/1366714.1