UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD D. BURNS,<br><br>    Plaintiff,<br><br>v.<br><br>ROADS CORPORATION, & JOHN SARAO, JR., PRESIDENT, ROADS CORPORATION,<br><br>    Defendants. | Civil Action No.<br>05 CV 10973 GAO |

**CORPORATE DISCLOSURE STATEMENT OF**
**ROADS CORPORATION**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, the defendant, Roads Corporation, hereby makes the following disclosure: there are no entities with ownership interests in Defendant Roads Corporation.

    Respectfully submitted,

    **ROADS CORPORATION,**

    By its Attorneys,

    _____
    Bradford J. Smith, Esq. (BBO. No. 550225)
    Jennifer Merrigan Fay (BBO No. 564309)
    **GOODWIN PROCTER LLP**
    Exchange Place
    Boston, Massachusetts 02109-2881
    (617) 570-1000

Dated: August 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Stephen T. Fanning, the attorney of record for Richard D. Burns, 305 South Main Street, Providence, RI 02903, by mail on August 19, 2005.

_____
Jennifer Merrigan Fay

LIBB/1364584.1