UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 OCT 18 P 3: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RICHARD D. BURNS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROADS CORPORATION & ) <br> JOHN SARAO, JR, PRESIDENT, ROADS ) <br> CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-10973-GAO |

## JOINT STATEMENT

Pursuant to Local Rule 16.1(D) and the Court's August 30, 2005 Notice of Scheduling Conference, Roads Corporation ("Roads"), John Sarao, Jr. and Richard D. Burns submit this Joint Statement. This Joint Statement also constitutes the parties' agenda for the conference.

1. Proposed Discovery Schedule

Pursuant to Local Rule 16.1(D)(1)(b), the parties have considered conducting phased discovery and have determined that it would not be desirable. Accordingly, the parties propose the following pretrial schedule:

    a) The parties shall exchange initial disclosures no later than October 18, 2005.

    b) Experts shall be designated by February 15, 2006.

    c) Service of all discovery requests and deposition notices shall be made by March 15, 2006.

    d) All discovery shall be completed by April 14, 2006.

The parties further propose that they may stipulate to extend any of (b), (c), or (d) above by up to twenty-one (21) days without requesting Court approval, provided that such extension does not affect the schedule for dispositive motions set forth below.

2.  Length of Depositions

All depositions shall be limited to seven (7) hours of testimony. The parties may stipulate to other time limitations for depositions. Nothing in this paragraph is intended to limit either party's right to request that the court allow additional time for any deposition pursuant to Fed. R. Civ. P. 30(d)(2).

3.  Proposed Schedule for Dispositive Motions

The parties propose the following schedule and terms concerning dispositive motions.

   a) Dispositive motions shall be filed by May 31, 2006.

   b) Oppositions to dispositive motions shall be filed by June 30, 2006.

   c) Replies to oppositions shall be filed by July 14, 2006. Replies to oppositions to dispositive motions are authorized without further leave of court, provided that such replies shall be no longer than ten (10) pages, double-spaced.

   d) A pre-trial conference will be scheduled after the resolution of the dispositive motions.

4.  Local Rule 16.1(D) Certifications

Attached to this Joint Statement are the certifications by both parties as required by Local Rule 16.1(D)(3).

5.   Trial by Magistrate

The parties do not consent to trial by magistrate judge.

Respectfully submitted,

**RICHARD D. BURNS,**

By his attorney,

*Stephen T. Fanning / by JMF*
Stephen T. Fanning (BBO No. 542343)
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (fax)

**ROADS CORPORATION & JOHN SARAO, JR.,**

By their attorneys,

*Jennifer M. Fay*
Bradford J. Smith (BBO No. 550325)
Jennifer Merrigan Fay (BBO No. 564309)
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2881
617-570-1000
617-227-8591

Dated: October 18, 2005

LIBB/1376499.1

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on October 18, 2005
by J. M. Fy