FILED
IN CLERKS OFFICE

2005 OCT 18 P 3:46

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

Richard D. Burns,
    Plaintiff

C.A. No. 05-10973-GAO

v.

Roads Corporation and
John Sarao, Jr., President,
Roads Corporation,
    Defendants

## PLAINTIFF RICHARD D. BURNS' CERTIFICATION PURSUANT TO LOCAL RULE 16

Pursuant to Local Rule 16.1 (D)(3), Plaintiff Richard D. Burns and his counsel affirm that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

Plaintiff Richard D. Burns,

*/s/ Richard D. Burns*
(sp w/ permission)

Respectfully Submitted,
Richard D. Burns
By His Attorney,

*/s/ Stephen T. Fanning*
Stephen T. Fanning #542343
305 South Main Street
Providence, RI 02903
401-245-5802
401-245-4520 (FAX)

Dated: 10/17/05

2

### Certificate of Service

I hereby certify that a copy of the foregoing document was served on Defendants by facsimile transmission and by mailing a copy of same by first class mail, to their Attorney, Jennifer Merrigan Fay, Esq., Goodwin Procter, Exchange Place, Boston, MA 02109, on the date indicated below.

Date: 10/17/05