UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
FILED
IN CLERKS OFFICE

2005 OCT 18  P 3:46

U.S. DISTRICT COURT
DISTRICT OF MASS.
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| RICHARD D. BURNS, | \* |
| Plaintiff, | \* |
| v. | \* C.A. No. 05-10973-GAO |
| ROADS CORPORATION & | \* |
| JOHN SARAO, JR. PRESIDENT | \* |
| ROADS CORPORATION, | \* |
| Defendants. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) of the United States District Court, District of Massachusetts, counsel for Roads Corporation and John Sarao, Jr (jointly "Defendants") hereby confirm that they have conferred with the Defendants regarding establishing a budget for the costs of conducting the full course – and various alternative courses - of litigation. Counsel have also conferred with Defendants regarding plaintiff Richard D. Burns' settlement demand and the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ROADS CORPORATION &
JOHN SARAO, JR. PRESIDENT
ROADS CORPORATION,

By their attorneys,

_____
Bradford J. Smith. (BBO No. 550325)
Jennifer Merrigan Fay (BBO No. 546309)
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (mail)(by hand) on Oct 18, 2005
by J.M. Fay

_(signature)_
Eric Sarao
President
Roads Corporation

_(signature)_
John Sarao, Jr.

Date: October 18, 2005
LIBB/1377569.1