## EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------x

| | |
|---|---|
| RICHARD D. BURNS | CIVIL ACTION NO. 05 CV 10973 GAO |
| Plaintiff, | |
| v. | |
| ROADS CORPORATION AND JOHN SARAO, JR. | |
| Defendants. | |

------------------------------x

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The Plaintiff, Richard D. Burns, and the Defendants, Roads Corporation and John Sarao, Jr., hereby voluntarily agree and stipulate to the dismissal of this action with prejudice, each party to pay his or its own costs and attorneys' fees.

RICHARD D. BURNS

By his attorneys,

*Stephen T. Fanning* #542343
305 South Main Street
Providence, RI 02903

DATED: January 31, 2006 ~~November __, 2005~~
LIBB/1387208.1

ROADS CORPORATION
JOHN SARAO, JR.

By their attorneys,

*Jennifer Merrigan Fay*
Bradford J. Smith (BBO #217170)
Jennifer Merrigan Fay (BBO # 564309)
**Goodwin Procter LLP**
Exchange Place
Boston, MA 02109-2881

DATED: March 9, 2006 ~~November __, 2005~~

10